Summons in a Civil Action (Rev 11/97)

FILED

07 OCT 17 PM 3:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

JUDITH CARR

SUMMONS IN A CIVIL ACTION

Case No.

'07 CV 2014 JAH (JMA)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

U.S. Attorney's Office/Financial Litigation Unit
MARY C. LUNDBERG, Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

OCT 17 2007
DATE

By J. PARIS, Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)