ORIGINAL

FILED

07 NOV 19 AM 9:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Assistant U. S. Attorney
California State Bar No. 120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6759

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUDITH CARR,<br>Defendant. | Civil No. 07CV2014 JAH(JMA)<br><br>VOLUNTARY DISMISSAL |

Pursuant to Rule 41(a)(1), Fed.R.Civ.P., plaintiff United States of America, by its undersigned attorneys, files this notice of dismissal.

DATED: 11-16-07

KAREN P. HEWITT
United States Attorney

MARY C. LUNDBERG
Assistant U. S. Attorney

MCLcv:2007A64391001